IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**CONSENT TO SERVE AS A PLAINTIFF REPRESENTATIVE UNDER THE FAIR LABOR STANDARDS ACT**

I, Edward Fambro, a current or former employee of the City of Atlanta, understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended. (29 U.S.C. §201, *et seq.*) I consent to serve as a Plaintiff and Class Representative in the above-referenced action[1] and to fairly represent the interests of the class members with respect to all cognizable claims for minimum wage and overtime compensation and any other benefits available under the Fair Labor Standards Act and other applicable laws, in accordance with the Fee Agreement executed by the undersigned for such purpose.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 22nd day of June 2017.

_____
Signature

---

[1] In the event that this case is dismissed without prejudice, my claim is dismissed without prejudice or any class in this case is decertified, I consent to serve as a Plaintiff, Class Representative and/or Opt-In Plaintiff in any subsequent action brought against any and/or all Defendants and any other defendants to recover under the FLSA as part of collective action or individually. I reserve the right to revoke this Consent in part or in its entirety upon written notice to my Attorneys or the Court.

1